IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:12-CV-00437

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION<br><br><br>        Defendants. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, Gary K. Shipman, being admitted or otherwise authorized to practice in this court, hereby enters an appearance as counsel of record for the Plaintiff, DAVID C. HENDERSON, on behalf of himself and others similarly situated.

Respectfully submitted this the 10th day of May, 2012.

                                    **SHIPMAN & WRIGHT, LLP**
                                    Attorneys for Plaintiff

                      By:    /s/ Gary K. Shipman
                                Gary K. Shipman (NC Bar # 9464)
                                gshipman@shipmanlaw.com
                                575 Military Cutoff Rd. Suite 106
                                Wilmington, NC 28405
                                Telephone: 910-762-1990
                                Facsimile:  910-762-6752

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day the foregoing document in the above-captioned matter was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**JAMES DAVID JORDAN**
MUNSCH HARDT KOPF & HARR, P.C.
3800 LINCOLN PLAZA
500 N. AKARD ST.
DALLAS, TX 75201
214-855-7543
Email: jjordan@munsch.com
*LEAD ATTORNEY*

**ANDREW A. LOTHSON**
SWANSON MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611
312-923-8274
Email: alothson@smbtrials.com

**FREDERICK ROM**
WOMBLE CARLYLE SANDRIDGE & RICE
POB 13069
RESEARCH TRIANGLE PARK, NC 27709
919-755-8153
Email: from@wcsr.com

**JAMES B. VOGTS**
SWANSON MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611
312-923-8274
Email: jvogts@smbtrials.com

This the 10th day of May, 2012

/s/Gary K. Shipman
Gary K. Shipman