# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:12-cv-00437

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **NOTICE OF SPECIAL APPEARANCE**<br>) |
| REMINGTON ARMS COMPANY, LLC.,<br>CASCADE CARTRIDGE, INC. A/K/A<br>CCI<br>AMMUNITION | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

NOW COMES Andrew A. Lothson of Swanson, Martin & Bell LLP, admitted to practice in the state of Illinois, a member in good standing with the state courts of Illinois, and a member in good standing with The United States District Court for the Northern District of Illinois and The United States District Court for the District of Colorado. Mr. Lothson files this entry of special appearance as counsel for Defendant Remington Arms Company, LLC, in the above-captioned case. Mr. Lothson appears in association with Frederick W. Rom, attorney with the law firm of Womble Carlyle Sandridge & Rice, LLP, who is a member in good standing of this Court.

This the 11th day of June, 2012.

           Respectfully submitted,

           /s/ *Andrew A. Lothson*
           Andrew A. Lothson (Bar No. 6297061)
           Swanson, Martin & Bell, LLP
           330 North Wabash, Suite 3300
           Chicago, Illinois 60611
           (312) 923-8274

(312) 321-0990 – fax
alothson@smbtrials.com

and

/s/ Frederick W. Rom
Frederick W. Rom (North Carolina Bar No. 26675)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 755-8153
Facsimile: (919) 484-2073
Email: from@wcsr.com

*Attorneys for Defendant Remington Arms Company, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs*

**GARY K. SHIPMAN**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

**WILLIAM GRAINGER WRIGHT , SR.**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

**CHRISTOPHER M. ELLIS**
BOLEN ROBINSON & ELLIS LLP
202 S. FRANKLIN ST., 2ND FLOOR
DECATUR, IL 62523

**ERIC D. HOLLAND**
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 N. TUCKER ST., STE. 801
ST. LOUIS, MO 63101

**JOHN R. SCOTTY MACLEAN**
MACLEAN LAW FIRM
3500 HULEN ST., STE. 100
FORT WORTH, TX 76107

**JON D. ROBINSON**
BOLEN ROBINSON & ELLIS LLP
202 S. FRANKLIN ST., 2ND FLOOR
DECATUR, IL 62523

**RANDALL S. CROMPTON**
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 N. TUCKER ST., STE. 801
ST. LOUIS, MO 63101

**ROGER W. DICKSON**

MILLER & MARTIN PLLC
832 GEORGIA AVE.
1000 VOLUNTEER BLDG.
CHATTANOOGA, TN 37402


*Attorneys for Defendant Remington Arms Company, LLC*

**DALE G. WILLS**
MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611

**JAMES B. VOGTS**
SWANSON MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611


                                       */s/ Andrew A. Lothson*
                                       Andrew A. Lothson (Bar No. 6297061)
                                       Swanson, Martin & Bell, LLP
                                       330 North Wabash, Suite 3300
                                       Chicago, Illinois 60611
                                       (312) 923-8274
                                       (312) 321-0990 – fax
                                       alothson@smbtrials.com

                                       *Attorneys for Defendant Remington Arms Company, LLC*