# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| David C. Henderson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-00437-UA-JEP |
| Remington Arms Company, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, David C. Henderson

Date: 06/14/2012

/s/ Eric D. Holland
*Attorney's signature*

Eric D. Holland
*Printed name and bar number*

Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd., Suite 801, St. Louis, MO 63101

*Address*

eholland@allfela.com
*E-mail address*

(314) 241-8111
*Telephone number*

(314) 241-5554
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14th, 2012, I electronically filed the foregoing Notice of Appearance of Eric D. Holland for Plaintiff, David C. Henderson, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Notice has been electronically mailed to:

RANDALL S. CROMPTON   scrompton@allfela.com

CHRISTOPHER M. ELLIS   cellis@brelaw.com

ERIC D. HOLLAND   eholland@allfela.com

JAMES DAVID JORDAN   jjordan@munsch.com

ANDREW A. LOTHSON   alothson@smbtrials.com

JOHN R. SCOTTY MACLEAN   smaclean@macleanfirm.com

JON D. ROBINSON   jrobinson@brelaw.com

FREDERICK ROM   from@wcsr.com

GARY K. SHIPMAN   gshipman@shipmanlaw.com

JAMES B. VOGTS   jvogts@smbtrials.com

WILLIAM GRAINGER WRIGHT, SR   wwright@shipmanlaw.com

/s/ Eric D. Holland
Eric D. Holland
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
(314)241-8111
Facsimile: (314)241-5554
Email: eholland@allfela.com