**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 1:12-CV-00437-UA-LPA**

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC, and CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 11th day of July, 2012, he filed and served **ADDITIONAL ATTACHMENTS (DOC #37 & #38) TO THE REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION** (DOC #36) via the Court's official electronic filing site.

The undersigned is informed and believes that all parties entitled to Notice did receive this Notice of this filing via the Court's electronic distribution system pursuant to Rule 5 of the Federal Rules of Civil Procedure on or about the 11th day of July, 2012.

Respectfully submitted this the 12th day of July, 2012.

**SHIPMAN & WRIGHT, LLP**

By: /s/William G. Wright

Gary K. Shipman (NC Bar #9464)
*gshipman@shipmanlaw.com*
William G. Wright (NC Bar #26891)
*wwright@shipmanlaw.com*
575 Military Cutoff Road, Suite 106
Wilmington, North Carolina 28405
Telephone: (910) 762-1990
Facsimile: (910) 762-6752

**BOLEN, ROBINSON & ELLIS, LLP**

Jon D. Robinson, IL ARDC #02356678
*jrobinson@brelaw.com*
Christopher M. Ellis, IL ARDC #06274872
*cellis@brelaw.com*
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: (217) 429-4296
Facsimile: (217) 329.0034

**HOLLAND, GROVES, SCHNELLER & STOLZE, LLC**

Eric D. Holland, #39935MO
*eholland@allfela.com*
R. Seth Crompton, #57448MO
*scrompton@allfela.com*
350 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Telephone: (314) 241-8111

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **CERTIFICATE OF SERVICE** is being filed and served via the Court's official electronic filing site.

The undersigned is informed and believes that all parties entitled to Notice will receive this Notice of this filing via the Court's electronic distribution system pursuant to Rule 5 of the Federal Rules of Civil Procedure.

This the 12th day of July, 2012.

/s/ William G. Wright
William G. Wright