# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

David C. Henderson

    v.                              Case Number: 1:12V00437

Remington Arms Company, LLC, et al

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/reset as indicated below:

          **PLACE:**    **U.S. Post Office Building**
                                **323 E. Chapel Hill St., Durham, NC**
**COURTROOM NO.:**    **Second Floor Courtroom**
 **DATE AND TIME:**    **June 19, 2013 at 9:30 am**
     **PROCEEDING:**    **Oral Argument/Status Conference on all pending motions**

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: April 25, 2013

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD