IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC, and FEDERAL CARTRIDGE COMPANY,<br><br>Defendants. | 1:12-CV-477 |

*****************************************************************************

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC,<br><br>Defendant. | 1:12-CV-437 |

*****************************************************************************

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, INC.,<br><br>Defendant. | 1:10-CV-918 |

*****************************************************************************

## ORDER TO CONSOLIDATE

This matter comes before the Court on the motion by Plaintiff William S. Yancey to consolidate the above-captioned civil actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. (Docket Entry 96.) By consent of all parties at the hearing before the Court on June 19, 2013, and for good cause shown,

IT IS HEREBY ORDERED that the motion to consolidate (Docket Entry 96) is **GRANTED**. Cases are to be consolidated <u>for purposes of discovery and other pretrial matters</u>, in accordance with Rule 42(a) of the Federal Rules of Civil Procedure. *Yancey v. Remington Arms Company, LLC, et al.*, Case No. 1:12CV477 (M.D.N.C.), is hereby designated as the lead case. All subsequent filings related to discovery issues and other pretrial matters shall be docketed in the lead case. The consolidated action shall bear the title *Yancey v. Remington Arms Company, LLC, et al. and Related Actions*. Defendant Federal Cartridge Company[1] remains a Defendant only in Case No. 1:12cv477.

This, the 25th day of June, 2013.

_____
Joe L. Webster
United States Magistrate Judge

---

[1] Defendant Federal Cartridge Company a/k/a CCI Ammunition, a/k/a Cascade Cartridge, Inc. was named as a Defendant in Case No. 1:12CV437. In a joint stipulation, Plaintiff David C. Henderson and Defendant Remington Arms Company, LLC both stipulate that Defendant Federal Cartridge Company has not been served or otherwise entered an appearance, and is not before the Court in that action. (*See* Case No. 1:12CV437, Docket Entry 24.) In addition, all parties in all related actions were before the Court for a hearing on June 19, 2013, and agreed that Defendant Federal Cartridge Company remains a Defendant only in Case No. 1:12cv477.